IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FILED

OCT 13 2015

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY 
DEPUTY CLERK

| | |
|---|---|
| United States of America, ) | |
| ) | |
| v. ) | **FINDINGS AND RECOMMENDATION** |
| ) | **AND ORDER FOR REENTRY COURT** |
| Kristen Breean Bustamante, ) | **JAIL SANCTION** |
| ) | |
| Defendant. ) | Docket Number: 0972 1:15CR00141-001 |
| ) | |

On July 7, 2015, the defendant was accepted as a participant in the Reentry Court. The defendant has been found in violation of the conditions of her Supervised Release by Use of a Controlled Substance (cocaine). The Reentry Court Team has determined the defendant's violation conduct requires a jail sanction.

It is therefore recommended that the defendant serve 5 days imprisonment, to commence on October 14, 2015 and ending on October 18, 2015.

These findings and recommendations are submitted to the district judge assigned to this action, pursuant to 28 U.S.C. ' 636(b)(1)(B) and this Court's Local Rule 304 and shall be considered forthwith without the need for time to respond.

10/6/15
Date

*Jennifer L. Thurston*
The Honorable Jennifer L. Thurston
U.S. Magistrate Judge

RE:   Kristen Breean Bustamante
      Docket Number:   0972 1:15CR00141-001
      FINDINGS AND RECOMMENDATION AND
      ORDER FOR REENTRY COURT JAIL SANCTION

These Findings and Recommendations are hereby adopted and approved. The defendant shall serve 5 days imprisonment, to commence on October 14, 2015 and end on October 18, 2015. The defendant is ordered to self-surrender to the United States Marshal no later than 2:00 p.m. on October 14, 2015.

_October 13, 2015_    _[signature]_
Date                  The Honorable Lawrence J. O'Neill
                      U.S. District Judge