LAW OFFICE OF MONICA BERMUDEZ
Monica Bermudez, SBN 275434
1670 M. Street
Bakersfield, CA 93301
Tel: (661)322-5295
Email: monica@lawbermudez.com

Attorney for:
KRISTEN BREEAN BUSTAMANTE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KRISTEN BREEAN BUSTAMANTE,<br><br>Defendants. | Case No. 1:15-CR-00141 LJO<br><br>STIPULATION AND ORDER TO CONTINUE THE SENTENCING |

TO: THE CLERK OF THE UNITED STATES DISTRICT COURT, HONORABLE LAWRENCE O'NEILL AND ANGELA SCOTT, ASSISTANT UNITED STATES ATTOREY:

**COMES NOW** Defendant, KRISTAN BREEAN BUSTAMANTE, by and through her attorney of record, MONICA L. BERMUDEZ hereby requesting that the sentencing hearing currently set for Monday, June 26, 2017, be continued to Monday, July 10, 2017 at 9:30 a.m.

I met with Ms. Busatamante this week and she informed me of various changes in her life. I am requesting that matter be continued to further look into these changes and address the changes in a formal sentencing memorandum that I intend to file by Monday, June 26, 2017. I have spoken to AUSA Angela Scott and she has no objection to continuing this matter.

The parties also agree the delays resulting from the continuance shall be excluded in the interest of justice pursuant to 18 USC 3161 (h)(7)(A) and 3161 (h)(7)(B)(1).

//

//

1

**IT IS SO STIPULATED.**

DATED: 6/22/2017

Respectfully Submitted,
*/s/ Monica L. Bermudez*
MONICA L. BERMUDEZ
Attorney for Defendant
Kristen Breean Bustamante

DATED: 6/22/2017

*/s/Angela Scott*
ANGELA SCOTT
Assistant U.S. Attorney

# **ORDER**

The sentencing hearing for June 26, 2017, is continued to July 10, 2017 at 9:30 a.m.

IT IS SO ORDERED.

Dated: **June 22, 2017**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE